IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICHARD TURBEVILLE                                                              PLAINTIFF

V.                              CASE NO. 08-CV-4053

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                                    DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed August 4, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 11). Planitiff moves the Court for an award of attorney's fees pursuant to a provision in the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A). Judge Bryant recommends an award of $2,351.25 in attorney's fees. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Attorney's fees in the amount of $2,351.25 is hereby awarded to Plaintiff.

**IT IS SO ORDERED**, this 24th day of August, 2009.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge